UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>COLEMAN NEE,<br><br>      Defendant. | Case No. 21-CR-10218-IT |

# INTERIM STATUS REPORT AND REQUEST TO CANCEL STATUS CONFERENCE

Pursuant to Local Rule 116.5(b), the parties hereby file the following joint interim status report in advance of the status conference set for February 24, 2022.

(1)  Automatic Discovery/Pending Discovery Requests

The Government provided automatic discovery in a document production dated August 24, 2021. To date, there have not been any additional discovery requests. Undersigned Counsel filed his notice of appearance as counsel of record on October 25, 2021.

(2)  Additional Discovery

Beyond the Government's initial production of automatic discovery on August 24, 2021, the Government will provide discovery in accordance with Local Rules.

(3)  Timing of Additional Discovery Requests

With its August 24, 2021 production, the Government requested reciprocal discovery from the Defendant. The defendant does not anticipate requesting any additional discovery. To date, the government has received no reciprocal discovery.

(4)  Protective Orders

No protective orders have been sought by the parties to date.

(5)  Pretrial Motions

The Defendant has not yet determined whether he will file any pretrial motions under Fed. R. Crim. P. 12(b).

(6) <u>Expert Discovery</u>

The Government proposes that it provide any expert witness disclosures 21 days prior to trial and that the Defendant provide any expert witness disclosures 14 days prior to trial.

(7) <u>Speedy Trial Act</u>

All of the time has been excluded from the defendant's indictment on July 20, 2021 through the date of the next status conference scheduled for February 24, 2022. The Government requests that the time be excluded until the next status conference. The defendant does not oppose.

(8) <u>Next Status Conference</u>

Given all of the foregoing information, including the ongoing review of discovery, the relatively recent change in counsel for Mr. Nee, the parties request that the status conference, scheduled for February 24, 2024, be cancelled. The parties request a final status conference in approximately 40 days.

Respectfully submitted,

| COLEMAN NEE, | UNITED STATES OF AMERICA, |
|---|---|
| By his attorney, | By its attorney, |
| /s/ Stylianus Sinnis<br>Stylianus Sinnis<br>BBO# 560148<br>Federal Public Defender Office<br>51 Sleeper Street, 5th Floor<br>Boston, MA 02210<br>617-223-8061 | RACHAEL S. ROLLINS<br>United States Attorney<br><br>/s/ Suzanne Jacobus<br>Suzanne Sullivan Jacobus<br>Assistant United States Attorney<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Suzanne.Jacobus@usdoj.gov<br>617-748-3100 |

Dated:  February 17, 2022

## CERTIFICATE OF SERVICE

      Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                      */s/Stylianus Sinnis*
                                                      Stylianus Sinnis
                                                      Assistant Federal Public Defender

Dated:  February 17, 2022